IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DILLON MYRICK, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:22-cv-484-JDK |
| ADAPTHEALTH LLC and HOME MEDICAL EXPRESS, INC., | § § § § | |
| Defendants. | § § § | |

**ORDER DENYING MOTION TO AMEND SCHEDULE**

Before the Court is Plaintiff Dillon Myrick's motion to amend the scheduling order. Docket No. 53. In the motion, Plaintiff asks to continue most of the remaining—and some past—deadlines in the current schedule, including the trial date, by approximately two months.

Under Federal Rule of Civil Procedure 16(b)(4), "[a] schedule may be modified only for good cause and with the judge's consent." The Rule 16(b) "good cause standard requires the party seeking relief to show that the deadlines in the scheduling order cannot reasonably be met despite the diligence of the party needing the extension." *S & W Enters., L.L.C. v. S. Trust Bank of Ala., NA*, 315 F.3d 533, 535–36 (5th Cir. 2003) (internal quotation marks omitted).

Here, Plaintiff has not demonstrated good cause to amend the schedule. This case has been pending for almost two years, and the parties have had more than fourteen months to conduct discovery. The Court has already modified the schedule

four times, continuing the trial by seven months. And the previous scheduling orders in this case specifically note that any request to modify the trial date must be made *before* the discovery deadline, which has passed. Docket No. 51 at 8.

Accordingly, the Court **DENIES** the motion (Docket No. 53).

The parties also explain that, despite the September 16 deadline, mediation has not yet occurred. The Court **ORDERS** the parties to attend mediation and provide a notice on the outcome of the mediation by **December 16, 2024**. The parties are free to seek an alternative mediator with availability before this deadline if necessary.

So **ORDERED** and **SIGNED** this **23rd** day of **September, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE