IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DILLON MYRICK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:22-cv-484-JDK |
| | § | |
| ADAPTHEALTH LLC and HOME MEDICAL EXPRESS, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING MOTION TO STRIKE

Before the Court is Defendants AdaptHealth and Home Medical Express's motion to strike Plaintiff Dillon Myrick's motion for class certification. Docket No. 56. The Court **DENIES** the motion. The Court will consider the timeliness issue alongside the merits of the class-certification question. The Court **LIFTS** the stay on the briefing of the motion for class certification and **ORDERS** that Defendants' response to the motion for class certification (Docket No. 55) is due by November 1, 2024. All further briefing shall comply with Local Rule CV-7.

So **ORDERED** and **SIGNED** this **18th** day of **October, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE