## **EXHIBIT 1**

## **DECLARATION OF MATTHEW COX**
## **IN SUPPORT OF DEFENDANTS'**
## **RESPONSE IN OPPOSITION TO MOTION**

**FILED UNDER SEAL**