**EXHIBIT 2**

**DECLARATION OF JEFFREY JACKSON**
**IN SUPPORT OF DEFENDANTS'**
**RESPONSE IN OPPOSITION TO MOTION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| DILLON MYRICK,<br><br>        *Plaintiff,*<br><br>v.<br><br>ADAPTHEALTH LLC; HOME MEDICAL EXPRESS, INC.,<br><br>        *Defendants.* | Case No. 6:22-cv-484-JDK<br><br>Hon. Jeremy D. Kernodle |

## DECLARATION OF JEFFREY JACKSON

I, Jeffrey Jackson, declare as follows:

1. I am a citizen of the United States, and I am over 21 years of age. I am employed by AdaptHealth LLC ("AdaptHealth") in the role of Vice President, Applications. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. As part of my duties for AdaptHealth, I am familiar with the identity and method of preparation of AdaptHealth's related business records. In particular, I am familiar with the SNAP database of patient records.

3. I created two sets of data that were produced in this case. The first set of data are the "Do-Not-Call List" files. The file that has been produced as ADAPT_0000097 contained a list of every account in SNAP that had an inactive disposition of "On Do Not Call List." The files that have been produced as ADAPT_0000219 and ADAPT_0000227 contain a list of every account in SNAP with an inactive disposition of "Legacy On Do Not Call List [DO NOT USE]" or "Patient requested," or that has the attribute of "PATIENTDONOTCALLFORSALES."

1

4.        The second set of data were the "Analysis Files." These were produced in this litigation as ADAPT_0000218 and ADAPT_0000228. ADAPT_0000228 was created by searching the SNAP system for any patient whose account records include any phone number on ADAPT_0000227, other than the patients already reflected on ADAPT_0000227. This is not necessarily a complete listing of all patients whose account records include any phone number on ADAPT_0000227. In other words, ADAPT_0000228 is not a list of accounts that reflect a do-not-call request; it is a list of accounts that share a telephone number with an account that reflects a do-not-call request. Due to limitations in the SNAP database, some accounts may have at one time shared a telephone number with an account on ADAPT_0000227 but were not located and included in ADAPT_0000228.

I declare under penalty of perjury that the foregoing is true and correct. Executed on _Nov, 01_, 2024.

By: _/s/ Jeffrey Jackson_
Jeffrey Jackson