# EXHIBIT 3

## DECLARATION OF WILLIAM LEWIS
## IN SUPPORT OF DEFENDANTS'
## RESPONSE IN OPPOSITION TO MOTION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| DILLON MYRICK,<br><br>        *Plaintiff,*<br><br>v.<br><br>ADAPTHEALTH LLC; HOME MEDICAL EXPRESS, INC.,<br><br>        *Defendants.* | Case No. 6:22-cv-484-JDK<br><br>Hon. Jeremy D. Kernodle |

## DECLARATION OF WILLIAM LEWIS

I, William Lewis, declare as follows:

    1.    I am a citizen of the United States, and I am over 21 years of age. I am employed by AdaptHealth LLC ("AdaptHealth") in the role of Senior Director of Communication Technology. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

    2.    As part of my duties for AdaptHealth, I am familiar with the identity and method of preparation of AdaptHealth's related business records. The records maintained by AdaptHealth's dialing system, which are created at the time that each call is placed, do not include the patient name, patient ID number, or SNAP Site for the telephone numbers that the system calls.

    3.    The call logs produced in this litigation include information in AdaptHealth's dialing system regarding any call to any phone number in the "Do Not Call List" files provided to me by Jeffrey Jackson as of the date each Call Log was created. The files that have been produced as ADAPT_0000088-96 and ADAPT_0000220-225 are the call logs that I generated. As noted above, the records maintained by AdaptHealth's dialing system do not include patient name. In

1

creating the files ADAPT_0000220-225, I caused those files to include the patient name in Do-Not-Call List ADAPT_0000219 associated with each call. The patient name in the Call Logs produced as ADAPT_0000220-225 did not originate from the dialing system, and may or may not accurately reflect the name on the account to which the call was created.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 7, 2024.

By: _____
William Lewis