IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| DILLON MYRICK, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Case No. 6:22-cv-484-JDK |
| | § |
| ADAPTHEALTH LLC and HOME MEDICAL EXPRESS, INC., | § |
| | § |
| Defendants. | § |

## ORDER OF DISMISSAL

Before the Court is the parties' joint stipulation of dismissal. Docket No. 74. Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all pending claims in this case are **DISMISSED** with prejudice as to Plaintiff Myrick and without prejudice as to the putative class. Each party shall bear its own costs and fees.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **14th** day of **January, 2025.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE